# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00404-ELR-JEM
## USA v. Demar
## Honorable J. Elizabeth McBath

Minute Sheet for proceedings held In Open Court on 10/12/2023.

TIME COURT COMMENCED: 10:06 A.M.
TIME COURT CONCLUDED: 11:44 A.M.
TIME IN COURT: 01:38
OFFICE LOCATION: Atlanta
COURT REPORTER: Denise Stewart
DEPUTY CLERK: Neethu Varghese

| | |
|---|---|
| DEFENDANT(S): | [1]Alvin Marvin Demar Present at proceedings |
| ATTORNEY(S) PRESENT: | Colin Garrett representing Alvin Marvin Demar<br>Theodore Hertzberg representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | The Court held an evidentiary hearing regarding [22] Defendant Demar's motion to suppress evidence and [23] motion to suppress statements.<br>The Court set the following briefing schedule for the those motions:Transcript due November 13, 2023; Defendant's post-hearing brief due December 13, 2023; Government's response due January 12, 2024; and Defendants' reply due January 26, 2024.<br>Government's witness sworn and testified: Christopher Wade<br>Government's exhibits admitted: 1 - Video "72-3.mp4" |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |