AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Georgia

United States

v.

Alvin Marvin Demar

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22-CR-404-ELR-JEM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Elizabeth McBath | Theodore Hertzberg | Colin Garrett |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/12/2023 | Denise Stewart | Neethu Varghese |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses SWORN AND TESTIFIED: Christopher Blake Wade (Government) |
| 1 | | 10/12/2023 | Y | Y | Video - "72-3.mp4" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages